UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>Dennis Melvin Skelly<br><br>                 Debtor. | CHAPTER 13 CASE<br>CASE NO. 17-33830<br><br>NOTICE OF APPEARANCE AND<br>REQUEST FOR SERVICE OF NOTICE AND<br>ALL FILINGS |

Wilford, Geske & Cook P.A. hereby gives notice pursuant to Federal Rules of Bankruptcy Procedure 9010(b), 2002, and 1007-2 of the Local Rules of Bankruptcy Procedure, that it is appearing in the above-captioned bankruptcy case as attorneys for Citizens Community Federal N.A., its successors and/or assigns, and the undersigned requests receipt of all notices and all papers (including, but not limited to, pleadings, motions, applications, orders, financial and other reports) served or filed in this case, and that the undersigned be added to the mailing matrix.   Notice should be sent to the following address:

Orin J. Kipp
Wilford, Geske & Cook P.A.
7616 Currell Blvd Ste 200
Woodbury, MN 55125-2296

Dated: January 3, 2018

**WILFORD, GESKE & COOK P.A.**

/e/ Orin J. Kipp
Orin J. Kipp, #0390438
Attorneys for Citizens Community Federal N.A.
7616 Currell Blvd Ste 200
Woodbury, MN 55125-2296
(651) 209-3300

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT.   ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**